**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-CV-62631-WJZ**

KEILEEN PRADA and YOLIED GALLARDO,
on behalf of themselves and others similarly situated
under 29 U.S.C. 216(b),

      Plaintiffs

vs.

ALDO U.S., INC.

      Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

      Defendant, ALDO U.S., INC., hereby notifies the Court that the Parties have reached a resolution with regard to this litigation. The Parties are in the process of finalizing the settlement papers and will submit appropriate closing documents, including a joint motion for court approval of the settlement and a proposed order of dismissal, within ten days.  Defendant respectfully requests that all deadlines be stayed while the Parties prepare settlement and dismissal papers.

DATED this 7th day of February, 2017.

                         Respectfully submitted,

                         LITTLER MENDELSON, P.C.
                         Wells Fargo Center
                         333 SE 2nd Ave., Suite 2700
                         Miami, Florida  33131
                         Tel:  (305) 400-7500
                         Fax: (305) 603-2552

                         By:____*/s/ Jessica T. Travers*_____
                             Jessica T. Travers, Esq.
                             Florida Bar No. 18129
                             Primary E-mail:  jtravers@littler.com

Secondary E-mail: btapia@littler.com
Terron L. Clark, Esq.
Florida Bar. No. 104944
Primary E-mail: tclark@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: *__/s/ Jessica T. Travers___*
    Jessica T. Travers, Esq.

## Service List

Jacob Auerbach, Esq.
Florida Bar No. 0084003
E-mail: Jacob@aalawllc.com
Dana M. Gallup, Esq.
Florida Bar No. 0949329
E-mail: dgallup@gallup-law.com
GALLUP AUERBACH
5521 N. University Drive, Suite 204
Coral Springs, FL 33067
Tel: (954) 906-8228
Served Via CM/ECF

*COUNSEL FOR PLAINTIFFS*

Jessica T. Travers, Esq.
Florida Bar No. 18129
Primary E-mail:  jtravers@littler.com
Secondary E-mail: btapia@littler.com
Terron L. Clark, Esq.
Florida Bar. No. 104944
Primary E-mail: tclark@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Ave., Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

*COUNSEL FOR DEFENDANT*

Firmwide:145693836.1 068858.1017